No. ——
First Circuit

CLARK v. SMITH

(Feb. 12, 1927.   Opinion and Decree.)

*(Syllabus by the Editor.)*

1. **Louisiana   Digest—Appeal—Par.   511; Courts—Par.   128.**

Where petition of plaintiff shows that the amount in dispute is less than appellate jurisdiction, the appeal will be dismissed.

Appeal from the District Court, Parish of St. Helena. Hon. Columbus Reid, Judge.

Action by W. L. Clark against C. A. Smith.

There was judgment for defendant and plaintiff appealed.

Appeal dismissed.

W. T. Holland, of Greensburg and B. B. Purser, of Amite, attorneys for plaintiff, appellant.

Robert T. Carter, of Greensburg, attorney for defendant, appellee.

ELLIOTT, J.    Suit for balance due on open account.

Defendant and appellee moved the dismissal of this appeal on the ground that the amount in dispute is less than the lower limit of the jurisdicition of this court.

The petition of the plaintiff shows that such is the case and that this court has no jurisdiction.

This appeal is dismissed at the cost of plaintiff and appellant.